IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANKIE LEVI COLE,<br><br>            Plaintiff,<br><br>vs.<br><br>ROSALYN COTTON, et al.,<br><br>            Defendants. | 4:21CV3062<br><br>**MEMORANDUM<br>AND ORDER** |

      On August 1, 2022, Plaintiff filed a "motion for order addressing all elements of operative complaint 'relief requested' section of case pleadings" (Filing 13).

      This case was dismissed without prejudice on July 6, 2021—more than a year ago—after Plaintiff failed to file an amended complaint as ordered by the court. *See* Filings 10 and 11.

      Liberally construing Filing 13 as a motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure, it will be denied because Plaintiff has not demonstrated there are any extraordinary circumstances justifying relief. *See Buck v. Davis*, 137 S. Ct. 759, 777-78 (2017).

      Accordingly,

      IT IS ORDERED that Plaintiff's motion for relief from judgment (Filing 13) is denied.

      Dated this 2nd day of August 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge